0034-0U-EPIF0U-00535601-1623072

# United States Bankruptcy Court
Western District of New York

IN RE: ANDREW R. HANEY, JR. & HANNELORE ROSA-HANEY  
50 OLIVER STREET  
LOCKPORT, NY 14094

Case Number: 0915795 K  
Filed: 12/14/2009  
SS #1: XXX-XX-2096  
SS #2: XXX-XX-0454

## SUMMARY OF TRUSTEE'S CASE CLOSING REPORT AND ACCOUNT

Notice  
Plan Completed

Bankruptcy Judge Copy

THE REPORT IS SUMMARIZED AS FOLLOWS:

| | |
|---|---:|
| Receipts: | 40,906.00 |
| **PAID CLAIMANTS** | |
| Secured: | 5,642.85 |
| Priority: | 1,550.56 |
| Unsecured: | 28,804.54 |
| Other: | 0.00 |
| **ADMINISTRATIVE COSTS** | |
| Filing Fees: | 0.00 |
| Trustee Expense: | 1,194.99 |
| Trustee Compensation: | 1,195.07 |
| Debtor's Attorney: | 2,499.00 |
| Other Admin Expenses: | 0.00 |
| **RETURNED** | |
| To The Debtor: | 18.99 |
| Total Distributed: | 40,906.00 |

| | |
|---|---:|
| Your Claim Was Recorded As Number | 999 |
| Your Claim Was Classified As | Special |
| The Trustee Reports That You Were Paid | 0.00 |

You are futher notified that  
UNLESS A WRITTEN APPLICATION FOR A HEARING IS FILED ON OR BEFORE 60 DAYS FROM THE DATE OF CERTIFICATE OF MAILING OF THIS NOTICE AND SUMMARY, THE ESTATE WILL BE CLOSED AND THE TRUSTEE AND THE SURETY ON THE TRUSTEE'S BOND WILL BE RELEASED.

Dated: 06/21/2013

### Certificate of Mailing

A copy of the above Summary of Trustee's Case Closing report and Account was served upon the creditors, debtor and his or her Attorney of record by mailing a copy thereof on   07/12/2013

Clerk: /s/L. Simmons  
CHAPTER 13 OFFICE

0034-0U-EPIP0U-00535601-1623021

# United States Bankruptcy Court

For The

Western District of New York

ANDREW R. HANEY, JR. & HANNELORE ROSA-HANEY  
50 OLIVER STREET  
LOCKPORT, NY 14094

Case No.: 0915795 K  
SS #1: XXX-XX-2096  
SS #2: XXX-XX-0454

## CASE CLOSING REPORT AND ACCOUNT

| This case was commenced on | MO. | DAY | YR. |
|---|---|---|---|
| | 12 | 14 | 09 |

| The Plan was confirmed on | MO. | DAY | YR. |
|---|---|---|---|
| | 05 | 20 | 10 |

| The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|
| | 06 | 10 | 13 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.    $ 40,906.00

| DISBURSEMENTS TO CREDITORS / CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| HUDSON & KEYSE LLP | 001 | Unsecured | 17,816.37 | 7,126.55 | 0.00 | 0.00 |
| BANK OF AMERICA | 002 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| BARGAIN OUTLET | 003 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| BARGAIN OUTLET | 004 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| BENEFICIAL | 005 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| BENEFICIAL | 006 | Unsecured | 12,007.97 | 4,803.19 | 0.00 | 0.00 |
| BON TON | 007 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| RESURGENT CAPITAL SERVICE | 008 | Unsecured | 4,490.04 | 1,796.02 | 0.00 | 0.00 |
| CITIBANK | 009 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CITIBANK (SOUTH DAKOTA) | 010 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CITIFINANCIAL | 011 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CITIFINANCIAL | 012 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CITIFINANCIAL, INC. | 013 | Unsecured | 8,289.68 | 3,315.87 | 0.00 | 0.00 |
| CITIFINANCIAL | 014 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CONSECO | 015 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CONSECO FINANCE | 016 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CORNERSTONE COMMUNITY F.C | 017 | Unsecured | 16,018.39 | 6,407.36 | 0.00 | 0.00 |
| CREDIT FIRST N.A. | 018 | Unsecured | 2,099.88 | 839.95 | 0.00 | 0.00 |
| CREDIT FIRST | 019 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| DISCOVER FINANCIAL SERVIC | 020 | Unsecured | 5,547.96 | 2,219.18 | 0.00 | 0.00 |
| DISCOVER BANK | 021 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| JEFFERSON CAPITAL SYSTEMS | 022 | Unsecured | 478.48 | 191.39 | 0.00 | 0.00 |
| FRONTIER FINANCIAL GROUP | 023 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| BENEFICIAL HOMEOWNER SVCS | 024 | DirectPay | 19,142.05 | 0.00 | 0.00 | DirectPay |
| HOUSEHOLD FINANCE CORP. | 025 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| HSBC | 026 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| RESURGENT CAPITAL SERVICE | 027 | Unsecured | 3,350.90 | 1,340.36 | 0.00 | 0.00 |
| HSBC BANK NEVADA | 028 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| HSBC BANK NEVADA | 029 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| HSBC CARD SERVICES | 030 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PHH MORTGAGE CORP. | 031 | DirectPay | 39,149.03 | 0.00 | 0.00 | DirectPay |
| INTERNAL REVENUE SERVICE | 032 | Unsecured | 159.43 | 63.77 | 0.00 | 0.00 |

Page 1 of 3        Please be advised that the claim number here within refers only to the Trustee's claim number - not to the number assigned by the Court.

0034-0U-EPIP0U-00535601-1623021

# United States Bankruptcy Court

For The
Western District of New York

ANDREW R. HANEY, JR. & HANNELORE ROSA-HANEY  
50 OLIVER STREET  
LOCKPORT, NY 14094

Case No.: 0915795 K  
SS #1: XXX-XX-2096  
SS #2: XXX-XX-0454

## CASE CLOSING REPORT AND ACCOUNT

| | MO. | DAY | YR. | | | MO. | DAY | YR. | | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 12 | 14 | 09 | | The Plan was confirmed on | 05 | 20 | 10 | | The Case was concluded on | 06 | 10 | 13 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.  $  40,906.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | 032 | Priority | 530.95 | 530.95 | 0.00 | 0.00 |
| M&T BANK | 033 | Secured | 3,855.06 | 3,855.06 | 38.55 | 0.00 |
| RADIO SHACK | 034 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| RADIO SHACK | 035 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SEARS | 036 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SEARS | 037 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| MIDLAND CREDIT MANAGEMENT | 038 | Unsecured | 1,051.10 | 420.44 | 0.00 | 0.00 |
| SECURITY CREDIT SYSTEMS | 039 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| WELLS FARGO FIN CR SVCS, | 040 | Unsecured | 440.62 | 176.25 | 0.00 | 0.00 |
| BENEFICIAL HOMEOWNER SVCS | 041 | Secured | 610.34 | 610.34 | 10.05 | 0.00 |
| PHH MORTGAGE CORP. | 042 | Secured | 1,124.21 | 1,124.21 | 4.64 | 0.00 |
| NYS DEPT OF TAX & FINANCE | 043 | Priority | 1,019.61 | 1,019.61 | 0.00 | 0.00 |
| NYS DEPT OF TAX & FINANCE | 043 | Unsecured | 260.53 | 104.21 | 0.00 | 0.00 |
| ANDREW R. HANEY, JR. & HA | 777 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |

0034-0U-EPIP0U-00535601-1623021

# United States Bankruptcy Court

For The

Western District of New York

ANDREW R. HANEY, JR. & HANNELORE ROSA-HANEY  
50 OLIVER STREET  
LOCKPORT, NY 14094

Case No.: 0915795 K  
SS #1: XXX-XX-2096  
SS #2: XXX-XX-0454

## CASE CLOSING REPORT AND ACCOUNT

| | MO. | DAY | YR. | | MO. | DAY | YR. | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 12 | 14 | 09 | The Plan was confirmed on | 05 | 20 | 10 | The Case was concluded on | 06 | 10 | 13 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.          $ 40,906.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| ANDREW R. HANEY, JR. & HA | 999 | Refund | 18.99 | 18.99 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 5,589.61 | 1,550.56 | 72,011.35 | 0.00 | 18.99 | 79,170.51 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 5,589.61 | 1,550.56 | 28,804.54 | 0.00 | 18.99 | 35,963.70 | |
| INTEREST PAID | 53.24 | 0.00 | 0.00 | 0.00 | 0.00 | 53.24 | 36,016.94 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| PETER D. GRUBEA | 2,800.00 | 2,499.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE EXPENSE | TRUSTEE COMPENSATION | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 1,194.99 | 1,195.07 | 0.00 | 2,390.06 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and The Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just. Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

Certificate of Mailing

A copy of the above Case Closing Report and Account was served upon the debtor and his or her Attorney of Record by mailing a copy thereof on    07/12/2013

Clerk:   /s/L. Simmons  
Chapter 13 Office

/s/Albert J. Mogavero  
Albert J. Mogavero

Case 1-09-15795-MJK    Doc 54    Filed 07/11/13    Entered 07/11/13 15:05:50    Desc
Page 4 of 4

Page 3 of 3     Please be advised that the claim number here within refers only to the Trustee's claim number - not to the number assigned by the Court.